UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

v.

DOUG WADDINGTON *et al.*,

    Defendants.

Case No. C04-5161FDB

ORDER

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Before the court are a number of motions filed by plaintiff. The motions include:

1.     "Motion for consideration." (Dkt. # 77).

2.     Motion to extend time for discovery. (Dkt. # 87).

3.     Motion to take depositions. (Dkt. # 88).

4.     Motion for appointment of counsel. (Dkt. # 95).

5.     Motion to have defendants arrange for depositions and supply all equipment. (Dkt. # 103).

ORDER  1

The "Motion for consideration" is **DENIED.** The motion is a self serving challenge to current access to court policies that are not part of this action.

The motion to extend time for discovery, (Dkt. # 87), is taken under consideration. On May 4th, 2005 the court ordered the United States Marshals Service to attempt service by mail on Defendant Tiapula. (Dkt. # 85). The court is waiting to see if this defendant accepts this attempted service. Any argument or motion regarding discovery deadlines is premature with regard to this defendant. The court will not extend the time for discovery as to any other defendant given the amount of time discovery has been open.

The motion for appointment of counsel is **DENIED.** This is the second motion for appointment of counsel in this action. The motion is denied for the reasons stated in the first order denying counsel. (Dkt. # 95).

The remaining two motions deal with discovery. Plaintiff wants the court to order the defendants to arrange for and pay all costs associated with the taking of deposition in this action. (Dkt. # 88 and 103). Plaintiff is proceeding *in forma pauperis*. While plaintiff is proceeding *in forma pauperis*, this status does not waive the other costs associated with litigation. Plaintiff must pay for all other costs of litigation, including the cost of a court reporter if that is his chosen means of recording a deposition he coordinated with defendants' counsel. Plaintiff's motions are **DENIED.**   The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants and to remove Docket number 77, 87, 88. 95, and 103  from the court's calendar.

DATED this 10th, day of June, 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER  2