UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

v.

DOUG WADDINGTON *et al.*,

    Defendants.

Case No. C04-5161FDB

ORDER

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion for "Motion for an order to appear and complete discovery." (Dkt # 115).

On June 20th, 2005 the plaintiff appealed the denial of his motion for injunctive relief. (Dkt. # 118). This appeal deprives the court of jurisdiction to consider the pending motions. This action is **STAYED PENDING APPEAL.**

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants and to remove Docket number 115 from the court's calendar.

DATED this 5th, day of July, 2005.

Karen L. Strombom
United States Magistrate Judge

ORDER 1