UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

  v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C04-5161FDB

ORDER DENYING MOTION FOR RELIEF FROM JUDGMENT

Following the Ninth Circuit issuing its Mandate on November 14, 2005 affirming the judgment of the United States District Court, Plaintiff moved on November 29, 2005 [Dkt. # 144] for Relief from Judgment pursuant to Red. R. Civ. P. 60(b). Plaintiff refers to making a showing of "extraordinary circumstance" that prevented timely action to prevent or correct and erroneous judgment. Plaintiff has failed to show any basis for this Court's granting the relief requested.

IT IS ORDERED: Plaintiff's Motion for Relief from Judgment or Order [Dkt. # 144] is DENIED.

DATED this 22nd day of December, 2005.

    /s/ Franklin D. Burgess
    FRANKLIN D. BURGESS
    UNITED STATES DISTRICT JUDGE

ORDER - 1