UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

  v.

DOUG WADDINGTON *et al.*,

    Defendants.

Case No. C04-5161FDB

ORDER ON PENDING MOTIONS

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

    Before the court is plaintiff's motion asking that the court issue a subpoena and serve defendant Elizabeth Tiapula. (Dkt. # 158). Defendants have filed a motion asking this action be stayed pending appeal as plaintiff currently has an appeal from the dismissal of defendant Waddington pending. (Dkt. # 157). The defendant's motion for a stay is hereby **GRANTED.**

    The plaintiff's motion, (Dkt. # 158), will be removed from the court's calendar. Plaintiff may re-

ORDER  1

note the motion when the appeal is concluded.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants and to remove docket entries 157 and 158 from the court's calendar.

DATED this 22nd day of February, 2006.

Karen L. Strombom
United States Magistrate Judge

ORDER  2