UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

  v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C04-5161 FDB/KLS

ORDER REGARDING RECENT FILINGS BY PLAINTIFF

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted *in forma pauperis* status. (Dkt. # 3). Plaintiff has recently filed his "Reply to Defendant's Response to the Motion for Scheduling Order and Service of Subpoenas." (Dkt. # 189). Filed as attachments to plaintiff's reply are two documents which plaintiff has captioned and entitled, "Motion to Compel," and "Motion for the Appointment of Counsel," which plaintiff purports to note for the court's calendar of July 21, 2006.

    Plaintiff has been advised that all motions must be properly filed and served upon the parties before they will be considered by the court. Accordingly, if plaintiff wishes these attachments to be considered by the court, he must file them separately as motions, properly note them for hearing on

ORDER- 1

the court's motion calendar and serve them on opposing counsel.

DATED this 18th day of July, 2006.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER- 2