UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

  v.

DOUGH WADDINGTON, et al,

    Defendant.

Case No. C04-5161 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DENYING INJUNCTIVE RELIEF

    This matter comes before the Court on the Report and Recommendation of the Magistrate Judge [Dkt. #188] that Plaintiff's motion for a temporary injunction to prevent his transfer be denied. As detailed by the Magistrate Judge, there is no indication in the record that the Plaintiff's transfer places him at any risk of substantial injury. Plaintiff's objection to the Report and Recommendation does not convince the Court otherwise. According to Plaintiff's objection, his transfer has occurred and he is seeking other relief, i.e. motion for appointment of counsel and motion to compel discovery. These matters are unrelated to the request for injunctive relief.

    The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and Order:

ORDER - 1

1     (1)    The Court adopts the Report and Recommendation;

2     (2)    The motion for injunctive relief [Dkt. #171] is **DENIED**;

3     (3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 1st day of August, 2006.

*/s/ Franklin D. Burgess*
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2