UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

        Plaintiff,

    v.

DOUG WADDINGTON, *et al.*,

        Defendants.

Case No. C04-5161 FDB/KLS

ORDER DENYING MOTION
FOR PRETRIAL CONFERENCE

    This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Before the Court is Plaintiff's emergency motion for pretrial conference regarding scheduling and management.  (Dkt. # 220).  This case is currently governed by the Court's Fourth Amended Pretrial Scheduling Order.  (Dkt. # 187).  Plaintiff has provided no good cause to amend the Court's pretrial schedule, but merely makes unspecified allegations of impediments to his ability to file and serve pleadings in a timely manner, which are belied by his numerous files which have all been noted and duly considered by the Court.[1]

    Accordingly, Plaintiff's motion for an emergency conference (Dkt. # 220) is **DENIED.**

    DATED this 26th day of September, 2006.

                                Karen L. Strombom
                                United States Magistrate Judge

---

[1] To the extent Plaintiff seeks a hearing on his pending motion for preliminary injunction (Dkt. # 217), that request is also denied.

ORDER
Page - 1