UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

    Plaintiff,

  v.

DOUG WADDINGTON, *et al.*,

    Defendants.

Case No. C04-5161 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DENYING INJUNCTIVE RELIEF

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, Objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    The motion for injunctive relief (Dkt. # 217) is **DENIED**;

(3)    The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants and to the Hon. Karen L. Strombom.

DATED this 27th day of October, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1